CLOSED,DOIC

# U.S. District Court
## Eastern District of Missouri (St. Louis)
## CIVIL DOCKET FOR CASE #: 4:22–mc–00470–SRC

Blue Cross and Blue Shield of North Carolina et al v. Express Scripts, Inc.

Assigned to: District Judge Stephen R. Clark

Case in other court:  US District Court of Rhode Island, 1:20–cv–00223

Cause: Civil Miscellaneous Case

Date Filed: 05/27/2022

Date Terminated: 06/09/2022

**Petitioner**

| | | |
|---|---|---|
| **Blue Cross and Blue Shield of North Carolina** | represented by | **Kevin Lilja Attridge**<br>STEIN MITCHELL LLP<br>901 15th Street NW<br>Suite 700<br>Washington, DC 20005<br>202–737–7777<br>Email: kattridge@steinmitchell.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Misc* |
| | | **Robert Gilmore**<br>STEIN MITCHELL LLP<br>901 15th Street NW<br>Suite 700<br>Washington, DC 20005<br>202–737–7777<br>Email: rgilmore@steinmitchell.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Misc* |

**Petitioner**

| | | |
|---|---|---|
| **Capital Bluecross** | represented by | **Kevin Lilja Attridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Misc* |
| | | **Robert Gilmore**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Misc* |

**Petitioner**

**Blue Cross and Blue Shield of Kansas City**                   represented by   **Kevin Lilja Attridge**
2301 Main Street                                                                 (See above for address)
Kansas City, MO 64108                                                            *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*
                                                                                 *Designation: Retained*
                                                                                 *Bar Status: Misc*

                                                                                 **Robert Gilmore**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*
                                                                                 *Designation: Retained*
                                                                                 *Bar Status: Misc*

**Petitioner**

**Louisiana Health Service & Indemnity**                        represented by   **Kevin Lilja Attridge**
**Company**                                                                      (See above for address)
*doing business as*                                                              *LEAD ATTORNEY*
Blue Cross and Blue Shield of Louisiana                                          *ATTORNEY TO BE NOTICED*
                                                                                 *Designation: Retained*
                                                                                 *Bar Status: Misc*

                                                                                 **Robert Gilmore**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*
                                                                                 *Designation: Retained*
                                                                                 *Bar Status: Misc*

**Petitioner**

**HMO Louisiana, Inc.**                                         represented by   **Kevin Lilja Attridge**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*
                                                                                 *Designation: Retained*
                                                                                 *Bar Status: Misc*

                                                                                 **Robert Gilmore**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*
                                                                                 *Designation: Retained*
                                                                                 *Bar Status: Misc*

**Petitioner**

**Highmark Inc.**                                               represented by   **Kevin Lilja Attridge**
                                                                                 (See above for address)
                                                                                 *LEAD ATTORNEY*
                                                                                 *ATTORNEY TO BE NOTICED*
                                                                                 *Designation: Retained*
                                                                                 *Bar Status: Misc*

                                                                                 **Robert Gilmore**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Misc*

**Petitioner**

**Highmark BCBSD Inc.**                    represented by    **Kevin Lilja Attridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Misc*

**Robert Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Misc*

**Petitioner**

**Highmark West Virginia Inc.**            represented by    **Kevin Lilja Attridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Misc*

**Robert Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Misc*

**Petitioner**

**Highmark Western and Northeastern New**   represented by    **Kevin Lilja Attridge**
**York Inc.**                                                 (See above for address)
*formerly known as*                                          *LEAD ATTORNEY*
Healthnow New York Inc.                                      *ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Misc*

**Robert Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Misc*

V.

**Respondent**

**Express Scripts, Inc.**

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2022 | Ϊ 1 | MOTION to Compel Express Scripts to Produce Documents with receipt number AMOEDC–9316219, in the amount of $49, filed by HIGHMARK INC., BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, HIGHMARK BCBSD INC., HIGHMARK WESTERN AND NORTHEASTERN NEW YORK INC. (f/k/a HEALTHNOW NEW YORK INC.), CAPITAL BLUECROSS, HIGHMARK WEST VIRGINIA INC., BLUE CROSS AND BLUE, LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY (d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA), HMO LOUISIANA, INC., EXPRESS SCRIPTS, INC.,. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Original Filing Form Original Filing Form)(Attridge, Kevin) Modified on 5/31/2022 to reflect title of document (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e–filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/27/2022 | Ϊ 2 | MEMORANDUM in Support of Motion re 1 MOTION to Enforce Subpoena with receipt number AMOEDC–9316219, in the amount of $49 filed by Petitioners BLUE CROSS AND BLUE, BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, CAPITAL BLUECROSS, HIGHMARK BCBSD INC., HIGHMARK INC., HIGHMARK WEST VIRGINIA INC., HIGHMARK WESTERN AND NORTHEASTERN NEW YORK INC. (f/k/a HEALTHNOW NEW YORK INC.), HMO LOUISIANA, INC., LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY (d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA), Respondent EXPRESS SCRIPTS, INC.,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Attridge, Kevin) Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e–filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/27/2022 | Ϊ 3 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Petitioner HMO LOUISIANA, INC. (Attridge, Kevin) Modified on 5/31/2022 to correct docketing event used (JWD). Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e–filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/27/2022 | Ϊ 4 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Petitioner LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY. Parent companies: None, Subsidiaries: Community Care Health Plan of Louisiana, Inc.; NDBH Holding Company, L.L.C., Publicly held company: None,. (Attridge, Kevin) Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e–filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/27/2022 | Ϊ 5 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Petitioner HMO LOUISIANA, INC. Parent companies: Louisiana Health Service & Indemnity Company, d/b/a |

| | | |
|---|---|---|
| | | Blue Cross and Blue Shield of Louisiana, Subsidiaries: None, Publicly held company: None,. (Attridge, Kevin) Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e−filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/27/2022 | Ï 6 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Petitioner Blue Cross and Blue Shield of North Carolina. Parent companies: None, Subsidiaries: Momentum Health Partners, LLC; Consortium Health Plans, Inc.; BCS Financial, Inc.; Experience Health, Inc. (through wholly owned subsidiary Beacon Health Holdings); BlueCross BlueShield Ventures II, Inc.; BlueCross BlueShield Venture Partners, L.P.; BlueCross BlueShield Ventures III, LLC ; BlueCross BlueShield Ventures IV, LLC; Prime Therapeutics LLC; Health Intelligence Company, LLC; Alo Solutions, LLC; Aledade, Inc.; CitizensRX Holdings, LLC; New FM Parent Corp. (FastMed); Nuna Incorporated; Touchcare Holdings, LLC; Avalon Health Services, LLC; Endo Health Ventures, LLC; Eleanor Health Holdings, LLC; Devoted Health, Inc.; Well Dot, Inc., Publicly held company: None,. (Attridge, Kevin) Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e−filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/27/2022 | Ï 7 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Petitioner CAPITAL BLUECROSS. Parent companies: None, Subsidiaries: Aspire Ventures Precision Medicine Fund, LLC; Smart Heath Innovation Lab; Prime Therapeutics LLC (owned through wholly owned subsidiary Elmerton Avenue Investments, Inc.), Publicly held company: None,. (Attridge, Kevin) Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e−filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/27/2022 | Ï 8 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Petitioner HIGHMARK BCBSD INC. Parent companies: Highmark Health; Highmark Inc., Subsidiaries: None, Publicly held company: None,. (Attridge, Kevin) Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e−filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/27/2022 | Ï 9 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Petitioner HIGHMARK WESTERN AND NORTHEASTERN NEW YORK INC.Parent companies: Highmark Health; Highmark Inc., Subsidiaries: Brokerage Concepts, LLC; HealthNow Holdings, Publicly held company: None,. (Attridge, Kevin) Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e−filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/27/2022 | Ï 10 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Petitioner, HIGHMARK WEST VIRGINIA INC. Parent companies: Highmark Health; Highmark Inc., Subsidiaries: None, Publicly held company: None,. (Attridge, Kevin) Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e−filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/27/2022 | Ï 11 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Petitioner HIGHMARK INC. Parent companies: Highmark Health, Subsidiaries: None, Publicly held company: None,. (Attridge, Kevin) Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the** |

| | | |
|---|---|---|
| | | e–filing attorney for future pleadings.] (Entered: 05/27/2022) |
| 05/27/2022 | 12 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Petitioner BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, Parent companies: None, Subsidiaries: Triwest Healthcare Partners; Community Healthcare Plan; BCS Financial Corp.; Plans Liability Insurance; BCBS Venture Partners III; BCBS Venture Partners IV; BCBS Venture Partners II; Grid Dental; 4 Ever Life Insurance; BCS Financial Services; BCS Insurance Company; Nymbl; Rx Savings Solutions; Recovery One; Flyover Capital; National Medical Funding Services; Concord; Bardavon; Solera; KC Rise Fund; Cedar Gate Technologies; Imaging Development Partners, Publicly held company: None,. (Attridge, Kevin) Modified on 5/31/2022 (JWD). **[Attorney filing error: document signed by attorney Robert Gilmore but filed in CM/ECF by attorney Kevin Attridge. Attorney reminded that CM/ECF Procedures Manual requires a signature by the e–filing attorney for future pleadings.]** (Entered: 05/27/2022) |
| 05/31/2022 | 1 | Case Opening Notification. Judge Assigned: Honorable Stephen R. Clark. All non–governmental organizational parties (corporations, limited liability companies, limited liability partnerships) must file Disclosure of Organizational Interests Certificate  (moed–0001.pdf). (JWD) (Entered: 05/31/2022) |
| 05/31/2022 | 13 | Docket Text ORDER: The Court orders movants to forthwith serve on Express Scripts copies of Doc. 1 and Doc. 2, as well as all attachments to those docket entries. Express Scripts must respond to the motion to enforce the subpoena no later than 14 days after service, or, if Express Scripts has already accepted service, no later than June 14, 2022. In its response, Express Scripts must indicate whether it consents to the transfer of this motion to the issuing court, the United States District Court for the District of Rhode Island. See Fed. R. Civ. P. 45(f). Movants must reply no later than 10 days after Express Scripts has responded. Signed by District Judge Stephen R. Clark on 5/31/2022. (CLH) (Entered: 05/31/2022) |
| 05/31/2022 | 14 | NOTICE by Petitioners Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of North Carolina, Capital Bluecross, HMO Louisiana, Inc., Highmark BCBSD Inc., Highmark Inc., Highmark West Virginia Inc., Highmark Western and Northeastern New York Inc., Louisiana Health Service & Indemnity Company *of Attorney Appearance of R. Gilmore* (Gilmore, Robert) (Entered: 05/31/2022) |
| 06/09/2022 | 15 | Unopposed MOTION to Transfer Case to United States District Court for the District of Rhode Island by Petitioners Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of North Carolina, Capital Bluecross, HMO Louisiana, Inc., Highmark BCBSD Inc., Highmark Inc., Highmark West Virginia Inc., Highmark Western and Northeastern New York Inc., Louisiana Health Service & Indemnity Company. (Gilmore, Robert) (Entered: 06/09/2022) |
| 06/09/2022 | 16 | Docket Text ORDER: The Court grants the 15 consent motion and orders this case transferred to the United States District Court for the District of Rhode Island. See Fed. R. Civ. P. 45(f). The parties must take up case–management matters, such as consolidation and briefing deadlines, with the transferee court. The Court directs the Clerk to close this case. (Case to be transferred after 6/23/2022.) Signed by District Judge Stephen R. Clark on 6/9/2022. (LNJ) (Entered: 06/09/2022) |
| 06/10/2022 | 17 | NOTICE Request for Immediate Transfer: by Petitioners Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of North Carolina, Capital Bluecross, HMO Louisiana, Inc., Highmark BCBSD Inc., Highmark Inc., Highmark West Virginia Inc., Highmark Western and Northeastern New York Inc., Louisiana Health Service & Indemnity Company (Gilmore, Robert) (Entered: 06/10/2022) |
| 06/10/2022 | 18 | Docket Text ORDER: The Court gives notice to the parties that it intends to transfer the case file to the United States District Court for the District of Rhode Island on June 13, 2022. See E.D. Mo. L.R. 4.06(2). Because no attorneys have entered their appearance on behalf of Express Scripts, the Court orders movants to serve this order on Express Scripts no later than today, June 10, 2022. |

Signed by District Judge Stephen R. Clark on 6/10/22. (JAB) (Entered: 06/10/2022)